**165  COLE vs. CIRCUIT JUDGE (Wayne), No. 14991, 106 M., 692.**

To vacate an order dismissing an appeal from a judgment of restitution rendered by a circuit court commissioner, for defective bond, the sureties thereon not having justified and no new bond having been proffered.

Denied October 22, 1895, with costs.

**166  FELCHER vs. CIRCUIT JUDGE (Wayne), No. 13888½, 97 M., 633.**

To vacate an order requiring relator to file an additional appeal bond, upon appeal from a judgment in summary proceedings to recover the possession of land, because of insufficiency of the sureties on the original bond.

Order to show cause denied December 12, 1893.

Held that there is no occasion for interfering with the discretion of the circuit judge by mandamus, where relator could have filed a new bond or made a showing of the sufficiency of the sureties before the Circuit Court.